Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br>vs.<br><br>CULP'S SOIL STABILIZATION, a California Corporation, and RONALD HENRY STICKNEYALVIN HOM, Individually,<br><br>Defendants. | Case No.: C05-2270 MHP<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: June 3, 2008<br>Time: 1:30 p.m.<br>Judge: Hon. Marilyn Hall Patel |

Plaintiffs hereby submit their Case Management Conference Statement:

1. Plaintiffs filed a Substitution of Attorney on March 25, 2008, which was signed by the Court on March 26, 2008.

2. As the Court may recall, Plaintiffs' Motion for Summary Judgment was granted in part and denied in part. The main issue that was unresolved was relative to hours worked by Larry Etter. The Court also left open the issue of damages, as Mr. Etter's hours had to be clarified in order to calculate all amounts due to plaintiffs herein.

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**
**CASE NO.: C05-2270 MHP**

P:\CLIENTS\OE3CL\Culps Soil\Pleadings\C05-2270 CMC Statement 052708.DOC

3. After my review of the file (upon receiving it from prior counsel), I had several questions regarding the Declaration of Mr. Etter, which had been submitted by defendants' counsel to prior counsel. Due in part to a recent office move, these issues have yet to be resolved.

4. Plaintiffs expect to be in a position to resolve this matter with defendants in the next two weeks. I will prepare a calculation of all amounts due, which will be forwarded to defendants for review. Additional information may be required. If this is the case, I will request this information within the two week time frame as well.

5. Based on my understanding of the status of this matter, I expect that it will be able to be resolved without Court intervention. Plaintiffs therefore request that the Case Management Conference be continued for 60 days to allow for informal resolution between the parties. If this does not occur, plaintiffs will file supplementary materials with the Court to request a determination on damages.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 27th day of May, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __August 25, 2008__ at __3:00 p.m.__ All related dates extended accordingly.

Date: _5/28/2008_____    _____
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel (stamp)*

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**
**CASE NO.: C05-2270 MHP**

P:\CLIENTS\OE3CL\Culps Soil\Pleadings\C05-2270 CMC Statement 052708.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 27, 2008, I served the following documents:

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in said action by facsimile transmittal and by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Phillip M. Cunningham, Esq.**
> **712 – 12th Street**
> **Sacramento, California 95814**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of May, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**
**CASE NO.: C05-2270 MHP**