UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., ) ) Plaintiff(s), ) ) v. ) ) CULP'S SOIL STABILIZATION,, ) et al., ) ) Defendant(s). ) ) | No. C05-2270 MHP (BZ) **ORDER RE OVERDUE PAPERS** |

TO: Defendant(s) and their attorney(s) of record:

On October 8, 2008, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for October 31, 2008.  Your statement was due October 24, 2008.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: October 27, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\CROSTHWAITE.LP.wpd

1